UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Judith Scrase, | Case No. 2:22-cv-01207-JAD-DJA |
| Plaintiff, | |
| v. | Order |
| Richard Alexander Scrase and Edna Patricia Scrase, | |
| Defendants. | |

Before the Court are Plaintiff's motions for service requesting that the Court issue orders for service by the United States Marshals Service (USMS). (ECF Nos. 23, 24). The Court grants Plaintiff's motions. Because Plaintiff is proceeding *in forma pauperis* she is entitled to rely on the USMS for service under 28 U.S.C. § 1915 and Federal Rule of Civil Procedure 4(c)(3). The court will also extend the timeframe for service under Federal Rule of Civil Procedure 4(m) to run ninety days from the date of this order.

**IT IS THEREFORE ORDERED** that Plaintiff's motions for service (ECF Nos. 23 and 24) are **granted.**

**IT IS FURTHER ORDERD** that the Clerk of Court is kindly directed to send the USMS the following for service:

- two copies of Plaintiff's complaint (ECF No. 16);
- the summonses issued to Richard Alexander Scrase and Edna Patricia Scrase (ECF No. 22); and
- two copies of the Court's order adopting the magistrate judge's report and recommendation (ECF No. 21).

**IT IS FURTHER ORDERED** that Plaintiff shall have until **March 25, 2024** to send the U.S. Marshals Service the required Form USM-285.[1]  Within twenty-one days after receiving a copy of the Form USM-285 back from the U.S. Marshals Service showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the defendants were served.  If Plaintiff wishes to have service again attempted on an unserved defendant, the Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **May 23, 2024** to complete service under Federal Rule of Civil Procedure 4(m).

DATED: February 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form can be found online at https://www.usmarshals.gov/resources/forms/usm-285-us-marshals-process-receipt-and-return