UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Judith Scrase, | Case No. 2:22-cv-01207-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Richard Alexander Scrase and Edna Patricia Scrase, | |
| Defendants. | |

Before the Court is Plaintiff's motion to extend time to serve Defendants. (ECF No. 28). Plaintiff asks for the Court to delay the prior, March 25, 2024, deadline for service until "30 days after designation of attorney representation, and then 60 days to allow for the U.S. Marshal Service of documents to these defendants." (*Id.*). Plaintiff asserts that she is waiting on a ruling on her objection to the undersigned magistrate judge's report and recommendation. (*Id.*). But the assigned district judge already adopted the undersigned's report and recommendation months before Plaintiff filed her objection because Plaintiff did not file her objection by the December 20, 2023 deadline to do so.[1] (ECF No. 21). And Plaintiff has no currently-pending motion for appointment of counsel. However, the Court will extend the deadline by which she must serve Defendants to ninety days after the date of this order.

---

[1] Plaintiff's objection is titled "objection to report and recommendation" but appears to seek reconsideration of the undersigned's order denying her motion for appointment of counsel. (ECF No. 26). To the extent Plaintiff's objection seeks this relief, the undersigned does not find that Plaintiff has demonstrated circumstances that would warrant reconsideration of the prior order denying appointment of counsel. *See Jacobs v. Wheaton Van Lines Inc.*, No. CV-20-01752-PHX-DLR, 2021 WL 689913, at *1 (D. Ariz. Feb. 23, 2021) ("[m]otions for reconsideration should be granted only in rare circumstances). Plaintiff may refile a renewed motion for appointment of counsel should she so choose. But the undersigned will not reconsider the prior ruling.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 28) is **granted.** Plaintiff shall have until **August 7, 2024** to complete service under Federal Rule of Civil Procedure 4(m). The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: May 10, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE