# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Judith Scrase,<br><br>        Plaintiff,<br><br>v.<br><br>Richard Alexander Scrase and Edna Patricia Scrase,<br><br>        Defendants. | Case No. 2:22-cv-01207-JAD-DJA<br><br>**Order** |

    Before the Court is Plaintiff's motion to extend time to serve Defendants. (ECF No. 38). Plaintiff explains that she has been following up with the United States Marshals Service office ("USMS") in Seattle, Washington, which office has been charged with serving her summonses. However, she adds that she anticipates that service will take a long time given the distance that the service addresses are from Seattle. She also asserts that she is waiting on the status of potential pro bono representation after her case was referred to the Pro Bono Program.

    The summonses were returned unexecuted on September 5, 2024. (ECF Nos. 39, 40). The returns both explain, "Defendants refused service without their lawyer present[,] claim this case has been dismissed multiple times and Plaintiff refiles in a new venue." Because Plaintiff's summonses were returned unexecuted, because Plaintiff is anticipating representation by pro bono counsel, and because the deadline for service has passed, the Court finds that Plaintiff has demonstrated good cause to extend the service deadline. *See* Fed. R. Civ. P. 4(m).

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 38) is **granted.** Plaintiff shall have until **November 5, 2024** to complete service under Federal Rule of Civil Procedure 4(m). The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: September 6, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE