# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Judith Scrase, | Case No. 2:22-cv-01207-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Richard Alexander Scrase and Edna Patricia Scrase, | |
| Defendants. | |

Before the Court is Plaintiff's motion to extend time to serve Defendants. (ECF No. 42). Plaintiff explains that the United States Marshals Service ("USMS") was unable to serve her process because Defendants refused service. She adds that she is waiting on the status of potential pro bono representation after her case was referred to the Pro Bono Program. Because Plaintiff is still anticipating representation by pro bono counsel who can advise her regarding service, and because the deadline for service has passed, the Court finds that Plaintiff has demonstrated good cause to extend the service deadline. *See* Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 42) is **granted.** Plaintiff shall have until **January 6, 2025** to complete service under Federal Rule of Civil Procedure 4(m). The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: November 6, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE