**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Judith Scrase, | Case No. 2:22-cv-01207-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Richard Alexander Scrase and Edna Patricia Scrase, | |
| Defendants. | |

Before the Court is Plaintiff's motion to extend time for service and for attorney representation, which Plaintiff filed pro se. (ECF No. 44). Plaintiff filed her motion on January 3, 2025, and the deadline for service passed on January 6, 2025. (ECF No. 43). In her motion, Plaintiff explains that she has encountered difficulty serving Defendants and that she is still waiting for representation through the Pro Bono Program. On February 10, 2025, attorney Paul Ray appeared for Plaintiff.[1] (ECF No. 47). Summonses were filed on the same date, demonstrating that Defendants were served on February 8, 2025. (ECF Nos. 48, 49).

Under Federal Rule of Civil Procedure 4(m), the court must extend the time for service for an appropriate period if the plaintiff shows good cause for failing to serve the defendants within the timeframe for service. Here, Plaintiff filed her motion before the deadline for service passed and demonstrated good cause for her failure to serve Defendants, given her formerly pro se status. So, the Court grants her motion to extend time *nunc pro tunc* and extends the deadline for service to February 8, 2025.

---

[1] To the extent Plaintiff's motion asks the Court to appoint an attorney, that request is moot

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 44) is **granted** *nunc pro tunc*. The deadline for service is extended to February 8, 2025.

DATED: March 18, 2025,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE