AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Judith Scrase

　　　　　　　　　　Plaintiff,

v.

Scrase et al

　　　　　　　　　　Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01207-JAD-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor for Defendants, Richard Alexander Scrase, Edna Patricia Scrase, and against Plaintiff, Judith Scrase.

08/11/2025
Date

DEBRA K. KEMPI
Clerk

/s/ ALZ
Deputy Clerk